# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

KHRISTOPHER TOLLIVER,

        Plaintiff,

v.                         CIVIL ACTION NO. 2:21-cv-00011

CITY OF DUNBAR, et al.,

        Defendants.

## ORDER

This Court has been advised that the above-styled civil action has been compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days. The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                ENTER:      July 15, 2022

                                THOMAS E. JOHNSTON, CHIEF JUDGE